**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01672-LTB-CBS

COURTNEY DONALDSON,
    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a Delaware corporation,
GREGORY WAGNER, a Colorado resident,
    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


    The Motion to Withdraw Counsel on Record (Doc 4 - filed October 27, 2005) is **GRANTED**.  Daynel L. Hooker of KLB Services, LLC, is allowed to withdraw as counsel for Plaintiff herein.  Plaintiff will continue to be represented by Kristal L. Bernert of KLB Services, LLC.



Dated:  October 28, 2005
_____