**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01672-LTB-CBS

COURTNEY DONALDSON,
        Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, a Delaware corporation,
GREGORY WAGNER, a Colorado resident,
        Defendants.
_____

**ORDER**
_____

Upon Plaintiff's Motion for Leave to File Surreply (Doc 11 - filed November 29, 2005), it is

ORDERED that the Motion is DENIED.

                                            BY THE COURT:


                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED:   November 30, 2005