IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.   05-cv-01672-LTB-CBS

COURTNEY DONALDSON,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, and
GREGORY WAGNER,

    Defendants.

_____

ORDER
_____

The plaintiff Courtney Donaldson commenced this action to recover damages she allegedly sustained when an automobile negligently driven by the defendant Gregory Wagner collided with her vehicle.  The defendant Allstate Insurance Company ("Allstate") insures Mr. Wagner.  Ms. Donaldson alleges that she and Mr. Wagner are residents of Colorado, that Allstate is a Delaware corporation, and that jurisdiction is predicated upon diversity of citizenship pursuant to 28 U.S.C. § 1332.  She asserts that Allstate has on four occasions requested medical record releases, which she has provided, has rejected her two settlement demands and has tendered two unsatisfactory settlement offers.

Ms. Donaldson presses state-law claims against both defendants for negligence, against Allstate for negligently failing to settle her claims, and against Allstate for intentional infliction of emotional distress.  Allstate moves for dismissal of the claims against it pursuant to Fed. R. Civ.

P. 12(b)(6) and for dismissal of the remaining claim against Mr. Wagner pursuant to Fed. R. Civ. P. 12(b)(1).

I note *sua sponte* that I have no jurisdiction under 28 U.S.C. § 1332(a)(1) unless the opposing parties are completely diverse. *Owen Equipment & Erection Co. v. Kroger*, 437 U.S. 365, 373-374, 98 S. Ct. 2396, 57 L. Ed. 2d 274 (1978). Ms. Donaldson cannot convincingly argue that Mr. Wagner is a dispensable party. *See Salt Lake Tribune Pub. Co., LLC v. AT & T Corp.*, 320 F.3d 1081, 1096-1097 (10th Cir. 2003). To the contrary, the gravamen of Ms. Donaldson's Complaint is that Mr. Wagner negligently injured her. Diversity of citizenship is thus lacking. *Gadlin v. Sybron Intern. Corp.*, 222 F.3d 797, 799 (10th Cir. 2000).

Accordingly, it is ORDERED that judgment shall enter in favor of the defendants on all claims with costs.

Dated: December __29__, 2005 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock   

Lewis T. Babcock, Chief Judge